Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of **Nevada**
(State)

Case number (if known): BK-18-50412-gwz           Chapter **11**

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Medizone International, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   87-0412648
   EIN

5. **Debtor's address**

   **Principal place of business**

   | 350 | E. Michigan Ave. |
   |---|---|
   | Number | Street |

   Ste. 500

   | Kalamazoo | MI | 49007 |
   |---|---|---|
   | City | State | ZIP Code |

   Kalamazoo
   County

   **Mailing address, if different**

   | c/o | The Corporation Trust Co. of Nevada |
   |---|---|
   | Number | Street |

   701 S. Carson St., Ste. 200
   P.O. Box

   | Carson City | NV | 89701 |
   |---|---|---|
   | City | State | ZIP Code |

   **Location of principal assets, if different from principal place of business**

   _____
   Number  Street

   _____
   City                    State    ZIP Code

Debtor   Medizone International, Inc.                                    Case number (if known) BK-18-50412-gwz
         Name

6. Debtor's website (URL)    www.medizoneint.com

7. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the types of business listed.
   ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ☒ No
   ☐ Yes. Debtor _____    Relationship _____
       District _____  Date filed _____  Case number, if known _____
                                 MM / DD / YYYY

       Debtor _____    Relationship _____
       District _____  Date filed _____  Case number, if known _____
                                 MM / DD / YYYY

## Part 3: Report About the Case

10. Venue

    Check one:
    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor: Medizone International, Inc.

Case number (if known): BK-18-50412-gwz

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Edwin G. Marshall | Promissory Note | $ 1,118,448.00 |
| Dr. Jill C. Marshall | Promissory Note | $ 466,812.00 |
| Ushio America, Inc. | Trade Debt | $ 6,750.00 |
| | Total of petitioners' claims | $ 1,620,915.42 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Edwin G. Marshall
c/o Meyers Law Group, P.C., 44 Montgomery St., Ste. 1010
San Francisco, CA 94104

Name and mailing address of petitioner's representative, if any

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 4/26/18

**Attorneys**

Merle C. Meyers, Esq.
Meyers Law Group, P.C.
44 Montgomery St., Ste. 1010
San Francisco, CA 94104
Contact phone: (415) 362-7500
Email: mmeyers@meyerslawgroup.com
Bar number: 66849
State: CA

Date signed: 04/26/2018

Official Form 205 — Involuntary Petition Against a Non-Individual — page 3

Debtor  Medizone International, Inc.                                    Case number  BK-18-50412-gwz

**Name and mailing address of petitioner**

Name: Dr. Jill C. Marshall

c/o: Meyers Law Group, P.C., 44 Montgomery St., Ste 1010
Number  Street

City: San Francisco   State: CA   ZIP Code: 94104

**Name and mailing address of petitioner's representative, if any**

Name:

Number  Street

City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/20/2018
           MM / DD / YYYY

X /s/ Jill C. Marshall
Signature of petitioner or representative, including representative's title

Printed name: Merle C. Meyers, Esq.

Firm name, if any: Meyers Law Group, P.C.

Number  Street: 44 Montgomery St., Ste. 1010

City: San Francisco   State: CA   ZIP Code: 94104

Contact phone: (415) 362-7500   Email: mmeyers@meyerslawgroup.com

Bar number: 66849

State: CA

X /s/ Merle C. Meyers
Signature of attorney

Date signed: 04/20/2018
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: Ushio America, Inc.

Number  Street: 5440 Cerritos Ave.

City: Cypress   State: CA   ZIP Code: 90630

**Name and mailing address of petitioner's representative, if any**

Name: Holger Claus

Number  Street

City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/19/2018
           MM / DD / YYYY

X /s/ Holger Claus, VP
Signature of petitioner or representative, including representative's title

Printed name:

Firm name, if any:

Number  Street

City   State   ZIP Code

Contact phone   Email

Bar number

State

X
Signature of attorney

Date signed   MM / DD / YYYY

Debtor  Medizone International, Inc.
Name

Case number (if known) BK-18-50412-gwz

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Engineering CPR, Inc. | Trade Debt | $ 28,905.42 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ 1,620,915.42 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Engineering CPR, Inc.
Name

6891 Edwards Blvd.
Number   Street

Mississauga, Ontario    CANADA   L5T 2T9
City                     State      ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City         State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/20/2018
           MM / DD / YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City         State    ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205           Involuntary Petition Against a Non-Individual           page 5