NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−18−50412−gwz |
| MEDIZONE INTERNATIONAL, INC. | CHAPTER 11 |
| Debtor(s) | ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by MERLE C. MEYERS is **GRANTED**.

Dated: 4/24/18

*[signature: Mary A. Schott]*

Mary A. Schott
Clerk of Court