LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Alleged Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>Alleged Debtor. | Case No.: 18-50412-gwz<br>Chapter 11 (Involuntary)<br><br>Date: August 2, 2018<br>Time: 10:00 a.m. |
|---|---|

**NOTICE OF HEARING MOTION FOR INTRA-DISTRICT**
**TRANSFER OF INVOLUNTARY CHAPTER 11 CASE TO**
**COURT WHERE VOLUNTARY CHAPTER 7 CASE IS PENDING**

PLEASE TAKE NOTICE that the hearing on the *Motion for Intra-District Transfer of Involuntary Chapter 11 Case to Court Where Voluntary Chapter 7 Case is Pending* (the "Motion") [ECF No. 26] filed by MediZone International, Inc. ("MediZone") is scheduled for August 2, 2018, at 10:00 a.m., in the C. Clifton Young Federal Building, 300 Booth Street, Fifth Floor, Courtroom 1, Reno, Nevada 89509.  The Motion seeks an order granting the transfer of the above-referenced involuntary case commenced against MediZone from the unofficial Northern District located in Reno, Nevada, to the unofficial Southern District located in Las Vegas, Nevada, where MediZone's voluntary chapter 7 case, Case No. 18-12662, is pending.

PLEASE TAKE FURTHER NOTICE that a copy of the above-referenced Motion is on file with and available from the Clerk of the United States Bankruptcy Court for the District of Nevada, C. Clifton Young Federal Building, 300 Booth Street, Reno, Nevada 89509; via the

bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or by contracting counsel for MediZone.

PLEASE TAKE FURTHER NOTICE that any opposition to the requested relief in the Application must be filed and served pursuant to Local Rule 9014(d)(1). If an objection is not timely filed and served, the relief requested may be granted without a hearing pursuant to LR 9014(d)(3).

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse* to allow you to *speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

Dated: May 8, 2018.

By: /s/ Matthew C. Zirzow
LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Alleged Debtor