1  **LENARD E. SCHWARTZER**
2850 S. Jones Blvd., Ste 1
2  Las Vegas, NV 89146
(702) 307-2022
3
TRUSTEE
4

5

6

7

8              UNITED STATES BANKRUPTCY COURT

9                     DISTRICT OF NEVADA

10  In re                        )    Case No. BK- ' 18-50412 gwz
                                 )
11  MEDIZONE INTERNATIONAL, INC. )    IN PROCEEDINGS UNDER CHAPTER 7
                                 )
12                               )    REQUEST FOR SPECIAL NOTICE
                                 )
13                               )
             Debtor.             )
14                               )
                                 )
15  _____)

16       LENARD E. SCHWARTZER, Chapter 7 Trustee in the Bankruptcy Estate of MEDIZONE

17  INTERNATIONAL, INC., Case No. 18-12662-LEB, enters his request for special notice in the

18  above-entitled bankruptcy proceeding pursuant to Federal Rule of Bankruptcy Proceeding 2002 and

19  Local Rule 2002, and further requests special notice of all hearings, actions, contested matters, and

20  adversary proceedings in this case, together with copies of all hearings, actions, contested matters

21  and adversary proceedings in this case, together with copies of all notices, pleadings, motions,

22  responses and other related materials that are issued or filled in connections with these proceedings.

23

24  / / / / /

25  / / / / /

26  / / / / /

27  / / / / /

28

1  All notices and copies in response to the foregoing and, pursuant to Federal Rule of
2  Bankruptcy Proceeding 2002 and Local Rule 2002, all notices required to be mailed should be
3  directed to:

      Lenard E. Schwartzer, Trustee
      2850 S Jones Blvd, Suite 1
      Las Vegas, NV  89146

Dated: May 16, 2018

                                              LENARD E. SCHWARTZER
                                              Trustee