MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar. No. 66849
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515
Email: mmeyers@meyerslawgroup.com

COURTNEY MILLER O'MARA, ESQ., NV Bar No. 10683
FENNEMORE CRAIG, P.C.
300 E. 2nd St.
Reno, NV 89501
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: comara@fclaw.com

Attorneys for EDWIN G. MARSHALL and
DR. JILL C. MARSHALL, Petitioning Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

RENO DIVISION

| | |
|---|---|
| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>Debtor. | Case No. 18-50412<br><br>Chapter 11 |

**STIPULATION REGARDING DISMISSAL OF INVOLUNTARY CHAPTER 11 PETITION**

Pursuant to the provisions of 11 U.S.C. § 303(j), the petitioning creditors herein, EDWIN G. MARSHALL and DR. JILL C. MARSHALL (collectively, the "Marshalls"); USHIO AMERICA, INC.; and ENGINEERING CPR, INC., on the one hand, and LENARD SCHWARTZER, as trustee (the "Trustee") of the chapter 7 estate of MEDIZONE INTERNATIONAL, INC., Case No. 18-12662 (the "Chapter 7 Case"), now pending in the Las Vegas Division of the above-captioned Court (the "Las Vegas Court"), on the other hand; and by the terms of Paragraph 25 of the *Loan Agreement* dated May 17, 2018, entered into by and between the Marshalls and the Trustee, as approved by the Las Vegas Court by the terms of an order entered on a final basis on June 15, 2018 in the Chapter 7 Case,

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. Upon an order of the Bankruptcy Court, the involuntary petition (the "Chapter 11

1  Petition") filed in the above-captioned case shall be dismissed without prejudice.

2      2.    Nothing herein or by virtue of the dismissal of the Chapter 11 Petition shall prejudice or impair any of the petitioning creditors' right to seek reimbursement of fees and expenses incurred in filing, prosecuting or otherwise acting with respect to the Chapter 11 Petition, pursuant to § 503(b) of the Bankruptcy Code.

3      3.    Nothing herein or by virtue of the dismissal of the Chapter 11 Petition shall prejudice or impair any of the petitioning creditors' right to seek conversion of the Chapter 7 Case to a case under chapter 11 of the Bankruptcy Code, pursuant to Section 706(b) of the Bankruptcy Code.

DATED:  June 29, 2018    MEYERS LAW GROUP, P.C.

By:  /s/ Merle C. Meyers
    Merle C. Meyers, Esq.
    Attorneys for Edwin G. Marshall and
    Dr. Jill C. Marshall, Creditors

DATED:  June 29, 2018    USHIO AMERICA, INC.

By:  /s/ Holger Claus
    Holger Claus
    Vice President

DATED:  June 29, 2018    ENGINEERING CPR, INC.

By:  /s/ Taras Worona
    Taras Worona
    Chief Executive Officer

DATED:  June 29, 2018    SCHWARTZER & MCPHERSON LAW FIRM

By:  Jason A. Imes
    Jason A. Imes, Esq.
    Attorneys for Lenard Schwartzer,
    Trustee of the chapter 7 estate of Medizone
    International, Inc., Debtor

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104