_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
July 16, 2018

MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar. No. 66849
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515
Email: mmeyers@meyerslawgroup.com

COURTNEY MILLER O'MARA, ESQ., NV Bar No. 10683
FENNEMORE CRAIG, P.C.
300 E. 2nd St.
Reno, NV 89501
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: comara@fclaw.com

Attorneys for EDWIN G. MARSHALL and
DR. JILL C. MARSHALL, Petitioning Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:

MEDIZONE INTERNATIONAL, INC.,

        Debtor.

Case No. 18-50412 **GWZ**

Chapter 11

**ORDER DISMISSING INVOLUNTARY CHAPTER 11 PETITION**

Based upon the Court's review and consideration of the *Stipulation Regarding Dismissal Of*

1

*Involuntary Chapter 11 Petition* (the "Stipulation") (docket no. 34), entered into by and among the petitioning creditors herein, EDWIN G. MARSHALL and DR. JILL C. MARSHALL; USHIO AMERICA, INC.; and ENGINEERING CPR, INC., on the one hand, and LENARD SCHWARTZER, as trustee (the "Trustee") of the chapter 7 estate of MEDIZONE INTERNATIONAL, INC., Case No. 18-12662 (the "Chapter 7 Case"), now pending in the unofficial Las Vegas Division of the above-captioned Court, on the other hand, and for good cause shown, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The involuntary petition (the "Chapter 11 Petition") filed in the above-captioned case is hereby dismissed without prejudice, pursuant to 11 U.S.C. § 303(j).

2. Nothing in the Stipulation or the herein dismissal of the Chapter 11 Petition shall prejudice or impair any of the petitioning creditors' right to seek reimbursement of fees and expenses incurred in filing, prosecuting or otherwise acting with respect to the Chapter 11 Petition, pursuant to § 503(b) of the Bankruptcy Code.

3. Nothing in the Stipulation or the herein dismissal of the Chapter 11 Petition shall prejudice or impair any of the petitioning creditors' right to seek conversion of the Chapter 7 Case to a case under chapter 11 of the Bankruptcy Code, pursuant to Section 706(b) of the Bankruptcy Code.

##